# First District Court of Appeal
## State of Florida

_____

No. 1D18-1344
_____

James Anthony Whitfield, Jr.,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

November 28, 2018

Per Curiam.

Affirmed.

Roberts, Ray, and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles A. Murray, Bonita Springs, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.